THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-186-LK |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER MODIFYING TERMS OF SUPERVISION AND EARLY TERMINATION OF SUPERVISED RELEASE |
| DARYL KURESA, | |
| Defendant. | |

THE COURT has considered Daryl Kuresa's motion to modify the terms of supervision and terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Mr. Kuresa's terms of supervision are modified to remove the requirement of a third drug test.

FURTHER, IT IS ORDERED that Mr. Kuresa's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this  15th  day of  January  2026.

*/s/ Lauren King*
LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Daryl Kuresa

---

ORDER MODIFYING TERMS OF
SUPERVISION AND EARLY TERMINATION
OF SUPERVISED RELEASE
(*United States v. Kuresa*, No. CR23-186-LK) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100